

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00659-CV

**IN THE INTEREST OF O.K. IV**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00140
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 17, 2014.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Gloria Saldaña is the presiding judge of the 438th Judicial District Court Bexar County, Texas. The order of termination in this matter was signed by the Honorable Charles Montemayor, Associate Judge.